**Order filed February 26, 2015**



**In The**

# Fourteenth Court of Appeals

_____

**NO. 14-14-00830-CV**
_____

## IN THE INTEREST OF A.V.P., A MINOR CHILD, Appellant

**On Appeal from the 311th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2009-28202**

## O R D E R

Appellant's brief was due February 5, 2015. No brief or motion for extension of time has been filed.

Unless appellant files a brief with this court on or before **March 26, 2015**, the court will dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 42.3(b).

PER CURIAM